FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINNEAR HAYS, | NO. CV 07-7649 GPS (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICARDO E. CHAVEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 1/14, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE